## Case No. 15,882.

### UNITED STATES v. NINE HUNDRED AND TEN BALES OF COTTON.

[Nowhere reported; opinion not now accessible.]